1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANGELA HAMILTON, an individual, | **CASE NO. 2:22-cv-09057 GW (RAO)x** |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER** |
| v. | Judge: Hon. George H. Wu<br>Ctrm.: 9D |
| FORD MOTOR COMPANY, a Delaware Corporation; SOUTH BAY FORD, INC., a California Corporation; and DOES 1 through 20, inclusive, | Sup. Ct.<br>Complaint Filed: October 27, 2022<br>Trial Date: None Set |
| Defendants. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1     Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION (Hamilton v. Ford Motor Company, et al. Case No. 2:22-cv-09057 GW (RAO)x) BE, AND HEREBY IS, Dismissed with Prejudice as to all causes of action asserted in the Complaint, with each party bearing its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: March 23, 2023

_____
Honorable George H. Wu
United States District Judge